ALLSTATE INSURANCE COMPANY *v.*
KRISTINA DECAPUA ET AL.

HARTFORD ACCIDENT AND INDEMNITY
COMPANY *v.* KRISTINA DECAPUA
(10052)

FOTI, LANDAU and HEIMAN, Js.

Argued December 3—decision released December 17, 1991

*Barry N. Silver,* with whom, on the brief, was
*Alan E. Silver,* for the appellant (named defendant).

*Carla Ottaviano,* for the appellee (plaintiff in the second case).

PER CURIAM. The judgment is affirmed.